UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle M. Mays, | Civil File No.: 11cv2062 (JNE/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Mary Ellen Graham,<br>Michael Isaacson,<br>Dr. Collins,<br>Mr. Campbell,<br>Mr. Gannon,<br>Mr. Lammi,<br>Joe/Jane Doe,<br>Warden Nicole English, and<br>Pa Torres, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's amended application to proceed *in forma pauperis* [Doc. No. 5], be **DENIED;** and

2. This action be **DISMISSED WITHOUT PREJUDICE.**

Dated: 2-23-2012

s/ Joan N. Ericksen
Joan N. Ericksen
U.S. District Judge